

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2021

No. 04-21-00236-CR

**EX PARTE MICHAEL PAUL,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1544-CR-A
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant has requested the assistance of counsel in his habeas proceeding. Although a criminal defendant generally has the right to the assistance of counsel, he has no constitutional right to appointed counsel to pursue habeas relief. *Ex parte Graves*, 70 S.W.3d 103, 111 (Tex. Crim. App. 2002) (quoting *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987)). The trial court has the authority to appoint counsel if the trial court determines that "the interests of justice require representation." TEX. CODE CRIM. PROC. ANN. art. 1.051(d)(3). But it did not do so in this case. Appellant's request is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court